IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


**JEREMY RICKS, VICKI RICKS, and**
**BANK OF THE OZARKS**                                                         **PLAINTIFF**


VS.                    CASE NO. 4:17CV00026 PSH


**ARKANSAS DEPARTMENT OF HUMAN**
**SERVICES and CINDY GILLESPIE, DIRECTOR**                  **DEFENDANT**


**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered finding that:

1. Defendants' assertion of a lien in the amount of $115,845.62 against the settlement proceeds in issue in this matter violates the federal Medicaid anti-lien statute; and

2. directing the Bank of the Ozarks to disburse funds to DHS in the amount of $8,966.73.

DATED this 11th day of June, 2018.

                                                                          _____
                                                                          UNITED STATES MAGISTRATE JUDGE